| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
**Seventeen Oranges, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
8 3 – 1 5 2 2 9 0 3

**4. Debtor's address**

Principal place of business  
**11106 Laguna Mesa Dr.**  
Number    Street

**Cypress          TX    77433**  
City              State  ZIP Code

**Harris**  
County

Mailing address, if different from principal place of business  
Number    Street

P.O. Box

City              State  ZIP Code

Location of principal assets, if different from principal place of business  
**7613 Katy Fwy, Ste E, Houston, TX 77024**  
Number    Street  
**11150 NW Fwy, Ste 200, Houston, TX 77092**

City              State  ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Seventeen Oranges, LLC**  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Seventeen Oranges, LLC**_____   Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____ (MM / DD / YYYY)  Case number _____
              District _____  When _____ (MM / DD / YYYY)  Case number _____
              District _____  When _____ (MM / DD / YYYY)  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
             District _____  When _____ (MM / DD / YYYY)
             Case number, if known _____

             Debtor _____  Relationship _____
             District _____  When _____ (MM / DD / YYYY)
             Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor **Seventeen Oranges, LLC**          Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                           Number      Street

_____

_____   _____   _____
City                  State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | | | |
|---|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 | |
| 15. | **Estimated assets** | ☒ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion | |
| 16. | **Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☒ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion | |

Debtor **Seventeen Oranges, LLC**                                    Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **09/22/2023**
    MM / DD / YYYY

    X **/s/ Thomas C. Owen**
    Signature of authorized representative of debtor
    **Thomas C. Owen**
    Printed name
    **Managing Member**
    Title

18. **Signature of attorney**

    X **/s/ Martin Lee Pack**                          Date **09/22/2023**
    Signature of attorney for debtor                          MM / DD / YYYY

    **Martin Lee Pack**
    Printed name
    **Pack Law P.C.**
    Firm name
    **One Northwest Centre**
    Number       Street
    **13831 Northwest Freeway Suite 400**

    **Houston**                              **TX**           **77040**
    City                                     State          ZIP Code

    **(713) 980-9014**                       **martin@packlawpc.com**
    Contact phone                            Email address
    **24053408**                             **TX**
    Bar number                               State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re **Seventeen Oranges, LLC**                                     Case No. _____

                                                                     Chapter **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept.................................................Fixed Fee: | **$6,500.00** |
   | Prior to the filing of this statement I have received......................................................... | **$6,500.00** |
   | Balance Due............................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/22/2023** | **/s/ Martin Lee Pack** |
|:---:|:---|
| *Date* | *Martin Lee Pack*                              Bar No.  24053408 |
| | Pack Law P.C. |
| | One Northwest Centre |
| | 13831 Northwest Freeway Suite 400 |
| | Houston, TX 77040 |
| | Phone: (713) 980-9014 / Fax: (713) 583-9554 |

**/s/ Thomas C. Owen**

***Thomas C. Owen***
***Managing Member***

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Seventeen Oranges, LLC**                          CASE NO

                                                            CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/22/2023                              Signature  /s/ Thomas C. Owen
                                                        *Thomas C. Owen*
                                                        *Managing Member*

Date                                          Signature

Debtor(s):  Seventeen Oranges, LLC  
Case No:  
Chapter: 7  
SOUTHERN DISTRICT OF TEXAS  
HOUSTON DIVISION

7613 Katy Fwy Realty, Ltd.  
3217 Montrose, Ste 200  
Houston, TX 77006

Darius Eatmon  
1 Herman Park Ct. #645  
Houston, TX 77021

Summer Energy  
5847 San Felipe St.  
#3700  
Houston, TX 77057

ADT Security Services  
PO Box 650485  
Dallas, TX 75265

DirecTV  
PO Box 78626  
Phoenix, AZ 86062

Texas Comptroller of Public Acc  
PO Box 13528, Capitol Station  
Austin, TX 78711

ADT Security Services  
3190 S. Vaughn Way  
Aurora, CO 80014

Engie Resources  
1360 Post Oak Blvd.  
Ste 400  
Houston, TX 77056

Treeline Partners, Ltd  
3730 Kirby, Ste 1200  
Houston, TX 77098

Ana Aguilar  
2135 Shadowdale Dr.  
Houston, TX 77043

Harris County  
Ann Harris Bennett  
Tax Assessor-Collector  
PO Box 3547  
Houston, TX 77253-3547

Treeline Partners, Ltd.  
1800 West Loop S Suite 1850  
Houston, TX 77027

Anthony Milton  
6402 FM 1488  
Magnolia, TX 77354

Huntington  
3773 Richmond Ave.  
Suite 800  
Houston, TX 77046

Tune Up Franchise, LLC  
410 S. Trade Center Parkway  
Suite A6  
Conroe, TX 77385

Bancorpsouth Bank  
7908 N. Sam Houston Pkwy West  
Suite 100  
Houston, TX 77064

Katy F Properties LLC  
1400 Post Oak Blvd  
Ste 950  
Houston, TX 77056

Tune Up Franchise, LLC  
6402 FM 1488  
Magnolia, TX 77354

Briana Darling  
3615 Briar Gardens Dr.  
Houston, TX 77082

ReadyRefresh  
PO Box 30139  
College Station, TX 77842

Tyronia Bates  
8430 Antoine Dr. #171  
Houston, TX 77088

Chase Bank  
PO Box 15123  
Wilmington, DE 19850

SBA  
PO Box 3918  
Portland, OR 97208

U.S. Small Business Administart  
1545 Hawkins Blvd  
Suite 202  
El Paso, TX 79925

Chase Bank  
PO Box 15298  
Wilmington, DE 19850

SDI Realty, Inc.  
1800 West Loop South  
Suite 1850  
Houston, TX 77027

U.S. Small Business Administrat  
10737 Gateway West, #300  
El Paso, TX 79935

Comcast  
PO Box 660618  
Dallas, TX 75266-0618

Southwestern National Bank  
6901 Corporate Drive  
Houston, TX 77036

U.S. Small Business Administrat  
721 19th St. #426  
Denver, CO 80259

Debtor(s): **Seventeen Oranges, LLC**  
Case No:  
Chapter: **7**

SOUTHERN DISTRICT OF TEXAS  
HOUSTON DIVISION

09/22/2023 07:17:30pm

U.S. Small Business Adminsitrat  
Office of Disaster Assistance  
14925 Kingsport Rd.  
Fort Worth, TX 76155


Verizon Wireless  
Verizon Wireless Department/Att  
Bankru  
Po Box 3397  
Bloomington, IL 61702